UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN **(Individual Adjustment of Debts)**                                    CASE NO.: 12-17492-EPK

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SANCHEZ, DENNIS MITCHELL          JOINT DEBTOR: SANCHEZ, DOEBORAH KAY
Last Four Digits of SS# XXX-XX-2707        Last Four Digits of SS# XXX-XX-1995

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

  A. $ __643.92__ for months __1__ to __60__ ;
  B. $ _____ for months _____ to _____ ;
  C. $ _____ for months _____ to _____ in order to pay the following creditors:

Administrative:       Attorney's Fee  $ __3,500.00__   TOTAL PAID $ __500.00__ .
                      Balance Due     $ __3,000.00__   payable $ __585.38__ month (Months __1__ to __5__)
                                                       payable $ __73.10__   month (Months __6__ to __6__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date $ _____
Address _____      Arrears Payment $ _____ /month (Months ____ to ____)
_____              Regular Payment $ _____ /month (Months ____ to ____)
Loan # _____       Arrears Payment $ _____ /month (Months ____ to ____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service      Total Due $ _____ .
                                 Payable $ _____ /month (Months ____ to ____)
                                 Payable $ _____ /month (Months ____ to ____)

Unsecured Creditors: Pay $ __512.28__ month (Months __6__ to __6__) ; Pay $ __585.38__ month (Months __7__ to __60__)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors are current on 2011 Hyundai Santa Fe, secured by Hyundai Motor Finance (*7129), the 2010 Toyota Prius, secured by World Omni Financial (*6425), and the 2007 Suzuki C90, secured by HSBC/Suzuki (*1158) and will continue to pay said creditors direct.

_/s/ Dennis Sanchez_                            _/s/ Debbi Sanchez_
Dennis M. Sanchez                               Deborah K. Sanchez

Date: 3-27-12

LF-31(rev. 8/01/06)