UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)    CASE NO.: 12-17492-EPK

☒ _____1st_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: SANCHEZ, DENNIS MITCHELL    JOINT DEBTOR: SANCHEZ, DOEBORAH KAY
Last Four Digits of SS# XXX-XX-2707    Last Four Digits of SS# XXX-XX-1995

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of __60__ months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 643.92 for months 1 to 5;
B. $ 744.76 for months 6 to 60;
C. $ _____ for months ____ to ____ in order to pay the following creditors:

Administrative:    Attorney's Fee    $ 3,500.00    TOTAL PAID $ 500.00
                   Balance Due       $ 3,000.00    payable $ 585.39   month (Months 1 to 5)
                                                   payable $ 73.10    month (Months 6 to 6)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date $ _____
Address _____    Arrears Payment $ _____ /month (Months ____ to ____)
                                    Regular Payment $ _____ /month (Months ____ to ____)
Loan # _____    Arrears Payment $ _____ /month (Months ____ to ____)

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.

| Secured Creditor | Pay-Off Amount | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. Internal Revenue Service    Total Due $ _____
                                Payable $ _____ /month (Months ____ to ____)
                                Payable $ _____ /month (Months ____ to ____)

Unsecured Creditors: Pay $ 603.95 month (Months 6 to 6); Pay $ 677.05 month (Months 7 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtors are current on 2011 Hyundai Santa Fe, secured by Hyundai Motor Finance (*7129) and the 2010 Toyota Prius, secured by World Omni Financial (*6425) and will continue to pay said creditors direct. The Debtors surrender any and all interest in the 2007 Suzuki C90 secured by HSBC/Suzuki (*1158).

_/s/ Dennis M. Sanchez_    _/s/ Deborah K. Sanchez_
Dennis M. Sanchez    Deborah K. Sanchez

Date: 9-5-2012

LF-31(rev. 8/01/06)